FILED
RECEIVED

2012 MAY 29 PM 2:54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Jacksonville Division

**CIVIL RIGHTS COMPLAINT FORM**

Harbert Simons York #B02769

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER 3:12-CV-630-J-99MMH-JBT
(To be supplied by Clerk's Office)

"TRIAL BY JURY REQUESTED"

v.

J.S. Mosley; E.R. Williams;
R Say; A. Copher;
V. Smith;

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

*EACH DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUAL CAPACITIES *FOR COMPENSATION DAMAGES & PUNITIVE. EACH DEFENDANTS ARE BEING SUED IN THEIR OFFICIALS CAPACITIES FOR AN INJUNCTION

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Union Correctional Institution;
(Indicate the name and location)
7819 N.W. 228th STREET; Raiford, Florida. 32026.

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes ( ) No (✓)

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

   b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes (✓) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 23 day of May, 2 012.

Herbert Benamond York #B02769
Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No ( ✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C. If your answer is YES:

1. What steps did you take? ______

2. What were the results? ______

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: ______

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 23 day of May, 2012.

Herbert Dimond York 302769
Signature of Plaintiff

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): Herbert Semond York, Sr. #802769

Defendant(s): Hicks, Chestnut, Batly, Hooker, Lewis, Harris, Oliver, Garza, Rivles, & Wilson.

2. Court (if federal court, name the district; if state court, name the county): The U.S. District Court, Middle District of Florida, Jacksonville Div.

3. Docket Number: #3:08-CV-00945-TJC-JRK

4. Name of judge: Magistrate: James R. Klindt

5. Briefly describe the facts and basis of the lawsuit: Plaintiff Alleged Defendants Violated His Constitutional Rights Surrounding Incident Where He Was Injured During A Physical Assault By Prison Guards.

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): The Case Was Dismissed Due To Plaintiff's Failure To Amend His Initial Civil Rights Complaint.

7. Approximate filing date: 10-1-08

8. Approximate disposition date: 8-24-09

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): Herbert Semons York Sr # B02769

Defendant(s): E. Chestnut; J.R. Harris; J. Kelly; J. Nash; P.H. Christie;

2. Court (if federal court, name the district; if state court, name the county): Middle District of Florida Jacksonville Division

3. Docket Number: 3:10-cv-920-J-32TEM #

4. Name of judge: Magistrate; Thomas E. Morris

5. Briefly describe the facts and basis of the lawsuit: Plaintiff alleges defendants violated his constitutional rights surrounding incident where he was injured during a physical assault by prison guards.

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): The case above is still pending.

7. Approximate filing date: Oct. 5, 2010

8. Approximate disposition date: ______

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

THE CASE DESCRIBED ABOVE IN SECTION IV. C. WAS DISMISSED AFTER PLAINTIFF FAILED TO AMEND IT. PLAINTIFF'S PERSONAL RECORDS HAVE SINCE BEEN DESTROYED, & SO PLAINTIFF'S DOES NOT KNOW IF THIS CONSTITUTES THE TYPE OF DISMISSAL QUESTIONED ABOUT HEREIN.

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: HERBERT D. YORK, SR. #802769

Mailing address: UNION CORRECTIONAL INSTITUTION; 7819 N.W. 228TH STREET; RAIFORD, FLORIDA 32026.

B. Additional Plaintiffs: NONE

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: J. D. MOSLEY (W/M)

Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA 32026

Position: (CORRECTIONAL OFFICER)

Employed at: UNION CORRECTIONAL INSTITUTION

D. Defendant: E. R. WILLIAMS (W/M)

Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA 32026

Position: (CORRECTIONAL OFFICER)

Employed at: UNION CORRECTIONAL INSTITUTION

E. Defendant: R. SAY (W/F)

Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA 32026

Position: NURSE

Employed at: UNION CORRECTIONAL INSTITUTION

F. Defendant: A. COPHER (W/M)

Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA 32026

Position: NURSE

Employed at: UNION CORRECTIONAL INSTITUTION

G. Defendant: V. SMITH (W/F)

Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD FLORIDA 32026

Position: NURSE

Employed at: UNION CORRECTIONAL INSTITUTION.

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

DEFENDANT'S J.D. MOSLEY; E.R WILLIAMS; ARE EACH BEING SUED IN THEIR INDIVIDUAL CAPACITY FOR ACTING UNDER THE COLOR OF STATE LAW WHILE MALICIOUSLY & SADISTICALLY USING CRUEL & UNUSUAL PUNISHMENT TO WANTONLY INFLICT PLAINTIFF WITH PHYSICAL HARM, SERIOUS INJURY, & SEVERE PHYSICAL PAIN IN VIOLATION OF PLAINTIFF'S 8TH/1ST, 5TH, & 14TH AMENDMENT UNDER THE UNITED STATES CONSTITUTION & violation

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

DEFENDANT; J.D MOSLEY & E.R WILLIAMS ARE EACH CORRECTIONAL OFFICERS AT UNION CORRECTIONAL INSTITUTION. PLAINTIFF HERBERT D. YORK DC# B02769 IS A INMATE AT UNION CORRECTIONAL INSTITUTION WERE THE INCIDENT HAPPEN AT.

AT ALL TIMES RELEVANT TO THE FACTS BELOW, PLAINTIFF WAS HOUSED IN V-DORMITORY AT UNION CORRECTIONAL INSTITUTION, WHERE HE RECEIVING INPATIENT MENTAL HEALTH TREATMENT & ALSO WHERE EACH DEFENDANTS WAS ASSIGNED AT POST IN THE CAPACITY OF SECURITY STAFF.

VI. STATEMENT OF CLAIM: CONTINUED PAGE

VI. OF U.S. CONST. AMEND 1 & 14, FLA. CONST. ART. 1 §§ 5, 9, 21, RE. RIGHT TO FILE GRIEVANCES, PETITION COURTS & DUE PROCESS CONCERNING RETALIATION F.S. §§ 20-315 & 944-09 FAC 33-103 ET SEQ RE GRIEVANCES VIA DEFENDANT'S ACTS & OMISSIONS, WHO PERSONALLY PARTICIPATED &/OR WAS WITH KNOWLEDGE OF SAID VIOLATIONS.

VIOLATION OF U.S. CONST. AMEND 8 & 14, FLA. CONST. ART. §§ 9 & 17 RE. RIGHT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT & DUE PROCESS, FLA. STAT. 768..28 RE. TORTS OF ASSAULT, BATTERY NEGLIGENCE, FLA. STAT. §§ 20.315 & 944.09, FAC 33-602.210 RE. PROHIBITED CONDUCT, FAC 33-208.002 (8) RE. CRUELTY CONCERNING STAFF SADISTICALLY & MALICIOUSLY USING CRUEL PUNISHMENT TO WANTONLY INFLICT PLAINTIFF WITH PHYSICAL HARM, SERIOUS INJURY & SEVER PHYSICAL PAIN, FAC 33-402.101 ET SEQ. RE. MEDICAL CARE FAC 33-404.101 ET SEQ. RE MENTAL HEALTH, VIA DEFENDANTS ADS & OR OMISSION. WHO PERSONALLY PARTICIPATED &/OR HARD KNOWLEDGE OF SAID VIOLATIONS.

VIOLATION OF U.S. CONST. AMEND. 14, FLA. CONST. ART 1 & 9 RE. DUE PROCESS, FLA. STAT. 768.28 RE. TORT OF FRAUD. FLA STAT. §§ 20.315 & 944.09 FAC 33-208.002(6)(12)&(19) RE. FRAUDULENT DISCIPLINARY REPORTS & HEALTH RECORDS TO COVER DEFENDANTS ABUSES TO PLAINTIFF, VIA DEFENDANT ACTS & OMISSIONS. WHO PERSONALLY PARTICIPATED &/OR HAD KNOWLEDGE OF SAID VIOLATIONS.

VIOLATIONS OF U.S. CONST. AMEND 14, FLA. CONST. ART 1 & 9 RE. DUE PROCESS BRADY RULES CONCERNING DENIAL OF FAVORABLE EVIDENCE OF VIDEO RECORDING OF SAID STAFF ABUSE TO PLAINTIFF, FLA. STAT. 768-28 TORT OF NEGLIGENCE IN FAILURE TO PLACE STATIONARY VIDEO CAMERAS IN DESIGNATED BLIND SPOTS AT U.C.I KNOWN FOR STAFF ABUSES ON INMATES.

VI. STATEMENT OF CLAIM: CONTINUED PAGE

DEFENDANT'S R. SAY, V. SMITH, A. COPHER, ARE EACH BEING SUED IN THEIR INDIVIDUAL CAPACITY FOR VIOLATION OF U.S. CONST. AMEND 8 & 14, FLA. CONST. ART 1 §§ 9 & 17 RE RIGHT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT & DUE PROCESS RE HEALTH CARE FLA. STAT § 768-28 RE TORT OF MEDICAL MALPRACTICE & NEGLIGENCE, FLA. STAT § 20.315 & 944.09, F.A.C. 402.101 ET SEQ RE MEDICAL CARE, F.A.C. 33-404.101 ET SEQ RE MENTAL HEALTH, CONCERNING INJURIES SUSTAINED FROM SAID ABUSE; VIA DEFENDANTS ACTS & (OR OMMISSIONS WHO PERSONALLY PARTICIPATED & OR WAS WITH KNOWLEDGE OF SAID VIOLATIONS. UNDER THE UNITED STATES CONSTITUTION).

VI STATEMENT OF CLAIM: CONTINUED PAGES

DEFENDANT'S E.R. WILLIAMS, J.D. MOSLEY, R. SAY, V. SMITH, A. COPHER ARE EACH BEING SUED IN THEIR OFFICIAL CAPACITY FOR AN INJUNCTION FOR ACTING UNDER THE COLOR OF STATE LAW WHILE MALICIOUSLY & SADISTICALLY USING CRUEL & UNUSUAL PUNISHMENT TO WANTONLY INFLICT PLAINTIFF WITH PHYSICAL HARM, SERIOUS INJURY & SEVERE PHYSICAL PAIN IN VIOLATION OF PLAINTIFF 8, 14, PART 13 CONSTITUTION.

York, STATEMENT OF FACTS CONTINUED:

1) DURING THE AFTERNOON PERIOD OF NOVEMBER 3, 2011, AT 1700 HR. WHILE CONDUCTING SHOWERS (C/O) J. COMBS APPROACHED MY HOUSING CELL #V2106, AND ASKED ME IF I WANTED TO COME OUT AND GET A SHOWER OR SHAVE AND I STATED "NO". (IT SHOULD BE NOTED THAT PRIOR TO THIS INCIDENT I WAS THREATNED BY SECURITY AND NURSE A COPHER THAT THEY WAS GOING TO TEACH ME A LESSON AND PUT ME ON STRIP SO I COULD FREEZE TO DEATH FOR WRITING NUMEROUS OF GRIEVANCES AGAINST THEM REGARDING INCIDENTS PRIOR TO THIS INCIDENT OF "STAFF ABUSE". RESULTING IN ME BEING IN FEAR OF MY LIFE TO COME OUT OF MY CELL, #V2106, EITHER ON THE *8-4) SHIFT OR (4-12) (AND CAN PROVIDE THE NECESSARY DOCUMENTS / GRIEVANCES AGAINST THE ABOVED NAME NURSE A. COPHER TO SUBSTANTIATE MY CLAIM OF RETALIATION FOR WRITING GRIEVANCES AND THREATS THAT WERE MADE TO GET ME PUT ON STRIP).

2) AFTER I STATED "NO" OFFICER J. COMBS INFORMED ME THAT I HAD TO COME OUT AND THAT IT WAS MANDATORY SO I COMPLIED WITH HIS ORDER. AFTER BEING PLACED IN HAND RESTRAINTS AND EXITING MY CELL #V2106, I WAS ESCORTED TO THE SHAVE ROOM. ON THE WAY BACK TO MY HOUSING CELL (C/O) J.D MOSLEY ENTERED MY CELL AND BEGAN THROWING MY PERSONAL PROPERTY AROUND SO I WAS TOLD TO STAND OUTSIDE MY CELL AND FACE THE WALL TO WHICH I COMPLIED. MINUTES LATER I WAS TOLD TO BE PUT INSIDE THE GROUP ROOM AND AN (C/O) NAME E.R. WILLIAMS, BEGAN TO ESCORT ME TO THE GROUP ROOM. (C/O) E. WILLIAMS PLACED HIS HAND ON MY ARM AND BEGAN TO ESCORT ME. AFTER TAKING A FEW STEPS (C/O) J. COMBS WHO WAS BEHIND ME CALLED OUT TO ME AND (C/O) E. WILLIAMS STOPPED WALKING AND HE WAS SMILING MISCHIEVOUSLY AND STATED TO ME "THAT MY TIME HAS COME" THEN OFFICER E. WILLIAMS WHO WAS ESCORTING ME CALLED ME AS I TURNED MY HEAD BACK TOWARD (C/O) WILLIAMS HE STATED TO ME "GRIEVE THIS" AND SLAMMED ME ON THE FLOOR WITH THE SIDE OF MY HEAD HITTING THE GROUND VERY HARD, IMMEDIATELY CAUSING ME TO BLACK OUT.

3) AT NO TIME DID (C/O) WILLIAMS GIVE ME AN ORDER TO WALK OR AT NO TIME

DID I RESIST OR EVEN ATTEMPT TO RESIST (C/O) WILLIAMS ORDER. NOR DID I THREATEN OR ATTEMPT TO POSE SOME TYPE OF THREAT TO MYSELF OR (C/O) WILLIAMS. MOMENTS LATER I WAS PICKED UP OFF THE FLOOR AND I WAS IMMEDIATELY ESCORTED TO AND PLACED IN THE HOLDING CAGE ABSENT, THEN AFTER BEING PLACED IN THE HOLDING CAGE (C/O) MOSLEY LIFTED THE WAIST CHAINS OVER MY HEAD WITH MY BACK TO HIM AND PROCEEDED TO WRAP THE CHAINS AROUND MY NECK, CHOKING ME TO THE POINT OF ALMOST PASSING OUT AND IMMEDIATELY INJURING MY NECK.

ALL OF THIS OCCURRED IN APPROXIMATELY (4)-(6) SECONDS. IMMEDIATELY AFTER, THE HAND HELD VIDEO CAMERA WAS PLACED ON ME IN THE HOLDING CAGE. THE PAIN FROM THE INJURY IN MY NECK THAT HAPPENED IN THE (HOLDING CAGE) IMMEDIATELY INCAPACITATED ME WITH SUCH UNBEARABLE PAIN TO THE POINT WHERE I COULDN'T WALK, THE OFFICER SUPPORTING MY WEIGHT, AND ME YELLING IN AGONY AND PAIN WITH EACH STEP. I WAS THEN ESCORTED DIRECTLY TO THE MEDICAL TREATMENT ROOM, ASSESSED BY NURSE B. HARRIS AND R. SAY. I THEN TOLD MS. HARRIS AND R. SAY THAT MY NECK AND BACK HURTS WHICH NURSE SAY STATED: "YOU WILL BE ALRIGHT. YOUR JUST TRYING TO FILE A LAW SUIT." THEN SHE SMILED 'MISCHEIVIOUSLY. I THEN TOLD NURSE HARRIS I CAN'T WALK MY LOWER BACK AND NECK IS HURTING BAD. WHICH NURSE HARRIS STATED "THE DOCTOR TOLD HER TO PUT ME ON A NECK BRACE AND SEND YOU BACK TO YOUR CELL TILL TOMORROW." AT THAT TIME NURSE HARRIS THEN PUT A NECK BRACE ON ME. AND TOLD THE LT. M. BROWN, SHE DONE WITH ME. (C/O) J. COMBS; (LT. M. BROWN AND A "UNKNOWN" (C/O) THEN ESCORTED ME DIRECTLY BACK TO MY HOUSING CELL # V2106 DESPITE MY PLEAS AND THE OBVIOUS STATE OF PAIN AND AGONY I WAS IN [PLEASE NOTE] THE HANDHELD VIDEO FOOTAGE WILL SUPPORT THE OBVIOUS STATE OF PAIN THAT I WAS IN, CLEARLY INDICATING A MORE SERIOUS INJURY NEEDING MORE IMMEDIATE MEDICAL ATTENTION THEN WAS GRAVE.

4) UPON RETURNING BACK TO MY CELL IT WAS EMPTY WITHOUT EVEN A MATTRESS. I I WAS TOLD I WAS ON PROPERTY RESTRICTION. I SUMMARY, I WAS SUBJECTED TO A USE OF "MALICIOUS" AND "SADISTIC" "PHYSICAL" "FORCE" THAT WAS WITHOUT NEED OR PROVOCATION.

AND FOR THE VERY PURPOSE OF CAUSING ME HARM, INJURY AND PAIN FOR EXERCISING MY RIGHTS THAT ARE PROTECTED BY THE U.S. CONSTITUTION TO FILE GRIEVANCES. I WAS PLACED ON STRIP FOR FILING GRIEVANCES ON NURSE COPHER (SEE INMATE GRIEVANCE FILE). ON THE FOLLOWING DAY OF 11-4-11, I TRIED TO TELL NURSE HOGAN THAT MY NECK AND BACK HURT. I NEED TO SEE SOMEONE. SHE THEN STATED; "YOUR BE SEEN" THEN WALKED AWAY.

5) I WAS LEFT WITHOUT HELP FOR ABOUT 5 TO 6 HOURS. I WAS THEN TOLD TO GET READY I WAS GOING TO U.C.A. TO BE SEEN BY THE DOCTOR. THERE I WAS GIVEN X-RAYS AND SENT TO JACKSONVILLE HOSPITAL FOR A CAT-SCAN. ON THE WAY BACK FROM JACKSONVILLE, (C/O) E. WILLIAM'S WHO WAS DRIVING THE VAN PULLED UP AT THE OUTSIDE GATE OF UNION CORRECTIONAL INSTITUTION THEN GOT OUT OF THE VAN AND OPENED THE DOOR WHERE I WAS AT AND BEGAN JUMPING ON ME. AT NO TIME WAS THIS DOCUMENTED NOR AT NO TIME WAS I OR POSED A THREAT TO (C/O) E. WILLIAMS. I WAS THEN TAKEN BACK TO U.C.A. AND TAKEN BACK TO V-DORM MY HOUSED CELL, V2106, WHICH WAS STILL EMPTY AND I HAD TO BE FORCED TO LAY ON A CONCRETE SLAB FOR 7½ DAYS 11-3-11; 11-4-11; 11-5-11; 11-6-11. I THEN STARTED ASKING ALL OFFICER / SGT'S. ON ALL THREE SHIFTS CAN I GET MY PROPERTY WHICH ALL OFFICIAL AVOID MY QUESTION AND STATED "NO."

I THEN TRIED TO SPEAK WITH THE INSTITUTION (WARDEN) MR. B.V. REDDISH AND (LT.) T. ROBINSON ABOUT MY SAID ISSUE ABOUT ME GETTING MY PROPERTY BACK DUE TO I HAD BEEN OFF STRIP SINCE 11-6-11 WHICH THEY JUST KEPT WALKING OFF. [PLEASE NOTE] I CAN'T GET NO AFFIDAVIT BUT THIS INCIDENT WAS WITNESSED BY INMATE MARK LANG, #A187283; INMATE GARY HAYWARD, # 193086; INMATE SAMUEL HIGGINS, #U14665; AND INMATE J. WYNN, #117447.

6) I WAS PLACED ON STRIP FOR WRITING UP SEVERAL GRIEVANCES INCLUDING GRIEVANCE LOG # 1110-213-241, 1107-213-068 INFORMAL GRIEVANCES # 10-11-085, 10-11-081, 09-11-618, 09-11-608. PLEASE SEE INMATE INFORMAL GRIEVANCE AND GRIEVANCE FILE RECORD. IT WILL SHOW ALL GRIEVANCES I HAVE WRITTEN ON V-DORM OFFICERS; NURSE COPHER; SGT. CARRASQUILLO; (C/O) J. BOSTIC ETC. I CAN'T QUOTE ALL GRIEVANCES DUE TO THE FACT (C/O) J. COMBS AND (C/O) J.D. MOSLEY HAD THROWED AWAY SOME OF MY PERSONAL PROPERTY ON 11-3-11. NOTE, I HAD ASKED (NURSE'S)

J. HOBBES; A. COPHER; V. SMITH; R. SAY FOR MEDICAL TREATMENT WHICH THEY ALL DENIED ME. NURSE A. COPHER DIDN'T GIVE ME MY MEDICATION ON 11/5/11 FOR MY NECK AND BACK. NURSE HOBBES DENIED ME MY MEDICAL TREATMENT ON 11-4-11 WHEN I TOLD HER I WAS HAVING PAIN IN MY NECK AND LOWER BACK. SHE JUST WALKED AWAY FROM MY CELL DOOR. I ALSO TOLD NURSE MS. SMITH ABOUT MY INJURIES ON 11-4-11 WHEN I CAME BACK FROM THE HOSPITAL. SHE DIDN'T DO ANYTHING. I'VE ALSO TRIED TO TELL NURSE R. SAY ABOUT MY NECK AND LOWER BACK INJURIES ON 11-3-11 WHEN SHE DID HER ROUTINE ROUNDS. SHE JUST SMILED AND KEPT WALKING AND DENIED ME MEDICAL TREATMENT. I'VE ALSO TRIED TO SPEAK WITH SEVERAL OFFICIALS ABOUT ME GETTING MY PROPERTY BACK INCLUDING (SGT.) CARRASQUILLO, (SGT.) E. JACKSON; (C/O) J. BOSTIC; (C/O) J. COMBS; (LT.) T. ROBINSON; (WARDEN) B.V. REDDISH WHICH THEY ALL DENIED ME AND I HAD TO SUFFER LAYING ON A CONCRETE SLAB IN ONLY BOXERS AND NO MATTRESS FOR 7½ DAYS.

7) I PLAINTIFF DIDN'T GO TO MEDICAL FOR ANYMORE TREATMENT FOR SAID INJURIES BECAUSE I WAS PLACED ON TYLENOL AND STILL IS ON IT TWO TIMES A DAY. NO DOCTOR NEVER ORDERED ME TO GO TO THE HOSPITAL ON NOV. 3, 2011. INSTEAD I WAS FORCED TO STAY IN V-DORM CELL #V2106 WITH A NECK BRACE ON MY NECK. I WAS ON PROPERTY RESTRICTION ON NOV. 3, 2011; NOV. 4, 5, 6, 7, 8, 9, AND 10. PLAINTIFF HAS WROTE GRIEVANCES ON NURSE COPHER AND SEE EXHIBITS (A), (B), (C), (D), (E).

8) I'VE PLAINTIFF HAS WROTE SEVERAL OTHER GRIEVANCES ABOUT ME BEING ON STRIP AND I ALSO TRIED TO APPEAL MY D.R. THAT WAS WROTE BY WILLIAMS AND J. MOSLEY BUT I COULDN'T GET A RESPONCE BACK. SEE WITNESS STATEMENT EXHIBIT (F) AND (G).

9) AT NO POINT OF TIME DID I / PLAINTIFF THREATEN DEFENDANT E. WILLIAMS OR NOR DID I POSE A THREAT TO MYSELF OR OFFICERS NOR WAS I OUT OF CONTROL DURING THE USE OF FORCE.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

WHEREFORE PLAINTIFF REQUESTS THIS COURT TO ENTER JUDGMENT GRANTING PLAINTIFF'S:

1) LEAVE TO PROCEED INFORMA PAUPERIS; 2) COMPENSATORY DAMAGES IN AMOUNT OF $50,000.00 AGAINST EACH DEFENDANT'S, JOINTLY & SEVERALLY; 3) PUNITIVE DAMAGES IN AMOUNT OF $ 80,000.00 AGAINST EACH DEFENDANT'S, 4) PLAINTIFF'S COST IN THIS SUIT; 5) JURY TRIAL DEMANDED ON ALL ISSUES TRIABLE BY JURY; & 6) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, & EQUITABLE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 23 day of May, 2012.

Herbert Demond York DC# 802769

(Signatures of all Plaintiffs)

7) RELIEF:

REQUIRE THAT A PLAN BE SUBMITTED TO THE COURT FOR APPROVAL INSTATUTING & ABIDERING TO MANDATORY SAFEGARDS THAT INMATES WHO ARE SUBJECTED TO STAFF ABUSE ARE KEPT SEPERATE FROM STAFF TO PROVENT CONFLICT OF INTEREST & FURTHER STAFF ABUSES.

8) RELIEF: "DECLATURY & INJUNCTIVE RELIEF"

DUE TO THE PARADIG METIC & REPITITIOUS STAFF ABUSES IN U.C.I BLIND SPOTS, EVIDENCED BY THE VAST AMOUNT OF INMATE COMPLAINTS LODGED WITH THE INSPECTORS OFFICE. INMATES AT U.C.I FACE AN UNCONSTITUTIONAL RISK OF CONTINUOUSLY BEING SERIOUSLY HARMED BY STAFF'S EXCESSVE FORCE THAT'S UNMONITERED & UNCHECKED BY HIGHER "ECHELONS" AT U.C.I & AT CENTRAL OFFICE. THE IMPLAMENTATION OF SUCH STATIONARY VIDEO CAMERAS IS ALSO IN "PARI" MATERIA WITH THE BRADY RULE REQUIREMENTS OF FAVORABLE EVIDENCE IN A CIVIL &/OR CRIMINAL SUIT AGAINST THE "CULPRITS".

— ULESS A DECLATORY JUDGEMENT ISSUES STATING THAT THE LACK OF STATIONARY VIDEO RECORDINGS IN U.C.I BLIND SPOT WHERE KNOWN EXCESSIVE FORCE ARE FREQUENTS, IS UNLAWFUL & DEFENDANTS ARE ENJOINED SAID EXCESSIVE FORCE TOWARDS INMATES WILL CONTINUE IN SAID DESIGNATED BLIND SPOTS FREQUENTLEY USED FOR STAFF ABUSES ON INMATES, WHICH INCLUDE BUT NOT LIMITED TO:

— O-DORM - MENTAL ROOMS, DAYROOM, MEDICAL WAITING ROOMS, HOLDING CELLS & STAIRWAYS; U.C.I MEDICAL HOSPITOL - RESTROOM, & HOLDING CAGES, INTAKE AREA; IN V-&U&O&T&S DORM V&U DORM MEDICAL HOLDING CAGES BY MEDICAL. AREA BETWEEN INSIDE/OUTSIDE RECREATION DOORS, "NOTE": RECENTLY THERE HAVE BEEN RUMORS ABOUT REMOVING ALL STATIONARY VIDEO CAMERAS INSIDE V&U-DORM DUE TO COMPLAINTS RE PRIVACY WHILE SHOWERS WHEN STAFF CAN SIMPLY PLACE SCREENS BY THE SHOWERS WHILE SHOWINGS LIKE SANTA ROSA C.I.

VIII. Relief Requested:

9) Injunctive Relief. To install video cameras at "Union Correctional Institution" in all the blind spots where assaults is carried out at.

10) Plaintiff also seeks an injunctive relief on Defendants E. R. Williams, J. D. Mosley, R. Say, V. Smith, A. Copher to stop making threats to plaintiff.

11) Plaintiff York, pursuant to court seeks / sue Defendants in their individual capacities for compensatory and punitive damages. Defendants J. D. Mosley, E. R. Williams, R. Say, V. Smith, A. Copher; where their use would pose a risk to the mental or physical health of the prisoner.

A) Require that the plan submitted to the court for approval include provision for the comprehensive training of staff at Union Correctional Institution in the use of techniques to calm inmates who are upset without the need for any kind of force or property restriction.

SRNS OFFICER UNION C.I.

DEPARTMENT OF CORRECTIONS

INMATE REQUEST

(Instructions on Back)

Institution: UNION CORRECTIONAL

SRNS OFFICE UNION C.I.

Ms. R. Dewoody

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☑ Medical ☐ Mental Health ☐ Dental ☑ Other ms. R. Dewoody

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Herbert Demond York J.R. | B02769 | V1113-L | T-C-U- | 9-26-11 |

REQUEST "INFORMAL GRIEVACE"

Check here if this is an informal grievance ☑

Im filing this informal Grievance for deliberately indifferent / denil of medical care threatment. for the past few week's I been given the wrong medication, Nurse's been deniling me my medical emergency; And also been refuseing me my sick-call, call-out, ive wrote grievance's after grievance's complaining about these said issue but nothinging is happening Ive also have a medical Problem in which Im A HIV inmate for some reasoning been Starting to feel real sick I try to see Someone about my medical issue but they wont see me instead they / V-Dorm Nurse put down I refuse my treatment which I didn't can you Please call me up top to get medical Services because V-Dorm Nurse been denil me also with Other inmate our threatment / Vitail signs can you Please look into this issue thank You!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

RESPONSE

DATE RECEIVED: RECEIVED SEP 29 2011

RECEIVED OCT 03 2011 HEALTH SERVICES ADMINISTRATOR

Review of your chart shows you were seen in S/C 8/12/11 and you refused 9-26-11. I have reviewed your weekly notes & see you have no complaints on wkly assessments. You refused to see the doctor on 7-7-11. You cannot skipped all the processes available in your dorm & be called out to UCA. You have been scheduled to see the MD in clinic next month. You need to keep your appt.

[The following pertains to informal grievances only:

Based on the above information, your grievance is denied. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] R. DEWOODY, SRNS UNION C.I. Date: 10/5/11

Original: Inmate (plus one copy) [illegible]

[illegible]

RECEIVED OCT 05 2011 SRNS OFFICE UNION CI

EXHIBIT (A)

DEPARTMENT OF CORRECTIONS

INMATE REQUEST

Mail Number:
Team Number:
Institution: UNION CORRECTIONAL

10-11-085

(Instructions on Back)

TO: (Check One) ☐ Warden ☐ Asst. Warden ☒ Classification ☐ Security ☑ Medical ☐ Mental Health ☐ Dental ☑ Other R. Dewoody

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Herbert Demond York | B02769 | V2106 | T-C-U | 10-8-11 |

REQUEST INFORMAL Grievance

Check here if this is an informal grievance ☑

Im fileing this informal Grievance with all the due respect on Oct 8 2008 nurse Coaplen came around Quad(2) for 8Am med's when he gave me my medication He left my cell door with out picking up the meds cup See wing fix camera at 8:00am ON 10-8-11 for support of my statement then Approx hr 3:30pm on 10-8-11 said Nurse Coaplen appach my Cell V2106 with my afternoon meds and still didn't pick up the med's cup See wing fix Camera on QUAD(2) Said time for Support of my claim Nurse Coaplen is not during his Job and this is a ongoing issue that needs to be fix

Thank You!

RECEIVED
OCT 27 2011
SRNS OFFICE
UNION CI

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

RECEIVED OCT 10 2011

DATE RECEIVED:

RESPONSE

I have watched cameras & spoken with staff. It is my understanding that the officer directs you to push the empty cup out under the door, and I did see this happening. I have instructed the nurses to check that the patients comply with the direct order regarding the cup to make sure it is followed. If it was still there I guess it would constitute failure to follow verbal command.

RECEIVED
OCT 13 2011
HEALTH SERVICES ADMINISTRATOR

R. DEWOODY UNION C.I. SRNS

[The following pertains to informal grievances only:

Based on the above information, your grievance is denied. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): Ruth Lee Dewoody for Date: 10-26-11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

EXHIBIT (B)

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number:
Team Number: 1st
Institution: Union Correctional

# INMATE REQUEST

10-11-001

(Instructions on Back)

TO: (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [x] Medical
- [ ] Mental Health
- [ ] Dental
- [x] Other Ms. R. Dewoody

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Herbert Demond York | B02769 | V2106 | T.C.U. | 10-7-11 |

Check here if this is an informal grievance [x]

REQUEST INFORMAL GRIEVANCES:

I'm fileing this informal grievance with all due respect:

On Oct 7, 2011 I was pulled out for my sick-call, call-out when nurse (Coaplen) was sitting in the treatment room when I enter nurse (Coaplen) then stated to me that if I write him up again that he is going to have the V-Dorm security officer place me on strip. And have them take my food trays. Nurse (Coaplen) have been threating me with a E.T.O shot and etc... [Please Note] That I have filed a complaint with the Department of health Services Because I have wrote you seravel Grievance about V-Dorm nurses threating me and denieding me my medical treatment their will be a lawsuit penning about all said issues and for deliberate indifference. This has been a ongoing issues which I keep bring to your attention therefore I will proceed with a civil Complaint;

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

DATE RECEIVED: RECEIVED OCT 10 2011

## RESPONSE

I have spoken with staff worked 10-7-11. Who assess the nurse doing your assessment stated you didn't have an issue, you just wanted to come out. You were educated on sick call procedures & co-pay. They denied your allegations that nurse Coplen threatened you

RECEIVED OCT 13 2011 HEALTH SERVICES ADMINISTRATOR

RECEIVED OCT 27 2011 SRNS OFFICE

R. DEWOODY, SRNS UNION C.I.

[The following pertains to informal grievances only:

Based on the above information, your grievance is denied (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 10/26/11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

EXHIBIT (C)

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

SRNS Office Union C.I. DEPARTMENT OF CORRECTIONS

"R. Dewoody"

INMATE REQUEST

(Instructions on Back)

Mail Number:
Team Number:
Institution: UNION CORR

SRNS office Union C.I.

TO: (Check One) [ ] Warden [ ] Asst. Warden [ ] Classification [ ] Security [✓] Medical [ ] Mental Health [ ] Dental [✓] Other Dr. R. Dewoody

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Herbert Demond York JR. | B02769 | V1113 | T.C.U | 9-26-11 |

REQUEST INFORMAL GRIEVANCE — Check here if this is an informal grievance [✓]

I am hereby submitted this informal Grievance with all due respect: On 9-26-11 Approx 9:00 @ 10:00am Nurse Crooper approched my cell V1113 and avise me that I want be getting pull out my cell for sick-call, instead he said that he don't have time for little problems, This issue has become a major problem my medical problem/issue is being denail by V-DORM NURSE'S I've been falling out blinking out latey; Also I been haveing major Chestpain I've don't told nurses's, put in Sick-call and etc... But I keep getting denided my medical treatment please see and save the fix wing camera on 9-26-11 approx ~~for~~ 9@10 Am it will show me not being pull it will show at no Point Nurse Crooper had a refuase Form in his hand I will Also be fileing a complaint with Florida Department of health FOR Deliberately indifferent I will like For the camera's on quad(1) to be review and save For court issue Thank You!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

DATE RECEIVED: RECEIVED SEP 29 2011

RESPONSE

The nurse denies your allegation states you refused to come out for sick call.

RECEIVED OCT 03 2011 HEALTH SERVICES ADMINISTRATOR

RECEIVED OCT 05 2011 SRNS OFFICE UNION CI

R. DEWOODY, SRNS UNION C.I.

[The following pertains to informal grievances only:

Based on the above information, your grievance is denied. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 10/5/11

EXHIBIT (D)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number:
Team Number: 17
Institution: UNION CORRECTIONAL

# INMATE REQUEST

09-11-604

TO: (Check One)
☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☑ Medical ☐ Mental Health ☐ Dental ☑ Other Ms. R. Dewoody

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Herbert Demond Kirk JR. | B02769 | V1113-L | T-C-U | 9-23-11 |

Check here if this is an informal grievance ☑

REQUEST

I have been writeing you ms. R. Dewoody im filing this informal Grievance with all due respect; withh on the date of 9-22-11 about V-Dorm nurse aint following the rules etc... complaining other for medical complaining about 4012 shelf I placed in (2) sick-call (1) For mental health both of my slip and didn't sign them being light headed, inwhich nurse Crooper pick up I told him to sign them which he stated (NO) see fix wing camera Quad(1) bettween (6) (8) pm it will show nurse Crooper at my door picking up (2) sick-call slip's and giveing me the pink copy back; as my Evidence the following day 9-23-11 I ask J. Dostic if I was on the sick-call list witch he stated no All I didn't refuse to sign no form I have 6 witness that willing to make a statement also the Quad wing fix camera on 9-23-11 will support my claims I will like to no why wasn't I takeing to see the Doctor or sick-call call-out on 9-23-11 this issue is a ongoing problem please SEE/save the wing fix camera Quad(1) on 9-22-11 and 9-23-11 to show Crooper picking up (2) sick-call slip's given me back my copy on 9-22-11 (6) w(8) pm and on 9-23-11 no offical came to my cell door with handcuff etc.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

SEE ATTACHMENT PAGE

DO NOT WRITE BELOW THIS LINE

RECEIVED SEP 29 2011

DATE RECEIVED: RECEIVED OCT 03 2011 HEALTH SERVICES ADMINISTRATOR

RESPONSE

In accordance with the S/C policy 403.006 the inmate is to fill out the sick call slip & retain the pink copy. The nurse does not sign the pink copy. Sick call picked up Friday 9/23 would be seen Monday 9/26. Your chart notes you refused an S/C.

[The following pertains to informal grievances only:

Based on the above information, your grievance is denied. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

R. DEWOODY, SRNS

Official (Signature): [signature] Date: 10/5

RECEIVED OCT 05 2011 SRNS OFFICE UNION CI

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09) (Technical Change 1/6/10)
Incorporated by Reference in Rule 33-103.019, F.A.C.

EXHIBIT (E)

and ask me if I want to go to sick-call therefore I will like for V-Dorm - V-Dorm, camera Quad(1) on 9-22-11 and 9-23-11 to be Save per PPD.602.033.(10), Brady Rules & Discovery Rules require Said Video recordings save for prospective Civil Litigation, prossiable Criminal Charge's SEE COPY OF SICK-CALL AttACHMENT AS ~~Evidence~~ TO Support my claim.

Respectfully Submitted
Herbert Bernard Goff

RECEIVED
OCT 03 2011
HEALTH SERVICES
ADMINISTRATOR

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date:______________________ Time:______________________

Inmate Name:______________________ DC#:______________________

Housing assignment:______________________

Job assignment:______________________

Problem:

- ☐ Pass/pass renewal
- ☐ Medication renewal
- ☐ Need information (explain):______________________
- ☐ Mental Health
- ☐ Dental
- ☑ Medical (explain):______________________

When did problem/symptoms start?______________________

**Inmate Name**______________________
**DC#**______________ **Race/Sex**__________
**Date of Birth**______________________
**Institution**______________________

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

# GENERAL AFFIDAVIT

STATE OF FLORIDA )
)
COUNTY OF UNION )

I HEREBY DECLARE: On Nov 3, 2011 approx hrs 7 p.m. 8 p.m during Showers time while housed at union C.I. V dorm Cell V2116 I was Pulled out my cell to get a Shave when I saw officer Williams and Inmate York Standing by the down stairs Stairwell C/O Williams then Grab York by his neck and slam York to the floor face first at no time did York threaten Officer E. Williams nor did York resist or tryed to harm himself or C/O Williams I saw C/O Williams used excessive force on York Please Note this affidavit is being made upon my own free will and no one has threaten me or Paid me to feel this affidavit out

EXHIBIT (F)

**WRITTEN VERIFICATION UNDER PENALTY OF PERJURY**
**PURSUANT TO FLORIDA STATUTE 92.525 (2)**

Under Penalties of Perjury. I declare that I have read the foregoing Affidavit and the facts stated therein are true and correct.

Executed on this _____ day of Jan 1-14 . 2012

Robert Willis # K67638
Signature of Affiant

**SWORN AFFIDAVIT**

STATE OF FLORIDA )
)
COUNTY OF Union )

I HEREBY DECLARE: Mario allen Dock C02155

On Nov. 3.2011 Approx hrs 7pm & 8pm. while house in cell # 2214 I was standing on my cell Door when I was looking Down stair in happen to see York standing by the Down Stair Stair along with officer E. Williams I then notice C/O Williams grab York by his neck and slam York on the Floor At no time did York pose threat or Anything to no officer. or inmates or himself Officer Williams just slam york on the Floor For no Reason.

this Statement is Being made By me and no one has Paid me or threaten me to write this Affidavit, it is Being made on my own Free will.

A-2

EXHIBIT (G)

**WRITTEN VERIFICATION UNDER PENALTY OF PERJURY**
**PURSUANT TO FLORIDA STATUTE 92.525 (2)**

Under Penalties of Perjury, I declare that I have read the foregoing Affidavit and the facts stated therein are true and correct.

Executed on this 10 day of Jan, 12.

Mario Allen Doc # C02155
Signature of Affiant
1-10-12

**PART B - RESPONSE**

| YORK, HERBERT | B02769 | 1111-213-080 | UNION C.I. | V2106L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The issue of your complaint has been referred to Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling.

As action has been initiated, you may consider your request for administrative remedy approved from that standpoint.

A. Johnson B.V. Reddish

| [signature] | [signature] | 11-18-11 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
NOV 18 2011
UCI GRIEVANCE OFFICE

EXHIBIT H

"Emergency" GRIEVANCE

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: [X] Warden [ ] Assistant Warden [ ] Secretary, Florida Department of Corrections

From: York Herbert Demond — 302769 — UNION CORRECTIONAL
Last First Middle Initial — Number — Institution

Part A – Inmate Grievance

This "Emergency Grievance" is being filed with all due respect to reddress. Per P.P.D. 33-602.033 I would like the wing fix camera in Quad(2) & The V-DORM sally port all NURSE sally port to be save for court issue also save the held hold vedio recording camera to be save for court

See Statement of FACTS attached to Grievance at hand

Please review all camera's in V-DORM at said time. From 6:30pm @ 8:50pm ON 11-7-11

Respectfully Submitted
Herbert Demond York 302769
x

SEE FACTS ATTACHED ON BACK
Page 1—3

SEE ATTACHED RESPONSE

11/7/11
DATE

Herbert Demond York 302769
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: Ø # / Ø Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, *Florida Administrative Code*. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

1111-213-080

DISTRIBUTION: INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

10G
11/8/11
V2-106L

DC1-303 (Revised 2/05)

Emergency Grievance "regarding "Staff Abuse" that resulted in "Grievant" receiving a serious; major; physical" injury to his neck. However, the injury is not the "subject matter" of this grievance and should not be misconstrued as so. A grievance of "Medical Nature" regarding this incident will be filed "seperately" so as not to confuse the official(s) with the matter at hand.

During the afternoon period of November 3, 2011 while conducting showers officer Combs approached my housing cell #2106 and asked me if I wanted to come out and get a shower or shave and I stated "no". (It should be noted that prior to this incident I was threatened by security and nurse Copher that they was going to teach me a lesson and put me on strip so I could freeze to death for writing numerous grievances against them regarding incidents prior to this incident of "Staff Abuse". Resulting in me being in fear to come out my cell; either on the 8-4 shift or 4 to 12) (and can provide the necessary documents / grievances against the above named nurse Copher to substantiate my claim of retaliation for writing grievances and threats that were made to get me put on strip). After I stated "no" officer Combs informed me that I had to come out and that it was mandatory so I complied with his order. After being placed in hand restraints and exiting my cell ~~an unknown officer began to~~ I was escorted to the shave room. On the way back to my housing cell several officers MOSTLY entered my cell and began throwing my personal property around so I was told to stand outside my cell and face the wall to which I complied. Approx. 1-2 minutes later I was told to be put inside the group room and an unknown officer ("unknown" officer will be refered to in this grievance as: "John Doe") began to escort me to the group room. Officer "John Doe" placed his ~~right~~ hand on my ~~left~~ arm and began to escort me. After taking a few steps ~~an~~ officer Combs, who was behind me, called out to me and officer "John Doe" stopped walking and I stopped walking and I turned my head towards officer Combs who called me ~~back~~ and he was smiling mischeiviously and stated to me "that my time has come" then officer "John Doe" who was escorting me called me. As I turned my head back towards officer "John Doe" he stated to me "grieve this" and ~~immediately~~ slammed me on the floor with the side of my head hitting the ground very hard, immeadiately causing me to black out. At no time did officer "John Doe" give me an order to walk or at no time did I resist ~~or attempt to resist~~ or attempt to resist officer "John Doe". The fixed video camera on wing 2 at the

time of this incident will show at no time did I resist or attempt to resist officer "John Doe" therefore substantiating my claim of excessive force. After I was picked up off the floor I was immeadiately escorted to and placed in the holding cage absent the handheld use of force camera at this time. After being placed in the holding cage officer "Mostley" lifted the waistchains over my head with my back to him and proceded to wrap the chains around my neck, choking me to the point of almost passing out. and immeadiately injuring my neck. All of this occurred in approximately 4 (4) (6) seconds. Immeadiately after, the handheld video camera was placed on me in the holding cage. The pain from the injury in my neck that happened in the holding cage, immeadiately incapacitated me with such unbearable pain to the point where I could'nt walk, the officers supporting my weight, and me yelling in agony and pain with each step. I was then escorted directly to the medical treatment room, assessed by medical, and escorted directly back to my assigned housing cell #2106 despite my plea's and the obvious state of pain and agony that I was in. The handheld video footage will support the obvious state of pain that I was in, clearly indicating a more serious injury needing more immeadiate medical attention then was gave. Upon returning back to my cell it was empty without even a mattress, and I was told I was on property restriction.

In summary, I was subjected to a use of "malicious" and "sadistic" "physical" "force" that was without need or provacation, and for the very purpose of causing me harm, injury and pain for exercising my rights that are protected by the U S Constitution to file

grievances without fear of retaliation.

Grievant "seeks" "remedy" to have the fixed wing camera video footage on wing 2 at the time of this incident and the handheld use of force video footage of this incident to be held and saved for litigation purposes.

Respectfully Submitted. Herbert York.

Herbert D. York 802769

**PART B - RESPONSE**

| YORK, HERBERT | B02769 | 1201-213-119 | UNION C.I. | U3113L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The issue of your complaint has been referred to Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling.

As action has been initiated, you may consider your request for administrative remedy approved from that standpoint.

A. Johnson B.V. Reddish

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

2-6-12
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
FEB 08 2012
UCI GRIEVANCE OFFICE

EXHIBIT I

Grievance of a Sensitive Nature

Grievance of A Sensitive Nature

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: York Herbert Desmond — 302769 — Union C.I.
Last First Middle Initial — Number — Institution

**Part A – Inmate Grievance**

I'am hereby refiling this grievance of a sensitive Nature due to an Interference caused by security staff in the Initial filing of my grievance In my Request for Administrative review, I Allege the following; per Chapter 33.103 FAC

On Nov 3 2011 Approx hr between 8@7 pm on the 4-12 shift while housed in V-dorm cell# V2106 c/o Combs approached my cell & told me to cuff up which I did min later J. Molsey enter my cell and begain extracting all my personal & stated issued property including the mattress, Blanket & sheets once everything was out my cell & I came back from medical due to Force being use I was force to go in my cell on strip only in my Boxers Please note: I was on strip on days of Nov 3, 4, 5, 6, 7, 8, 9, 10. furthermore, upon being placed on property restriction I was denied Access to any of my personal property including my Legal documents & legal mail. And to my knowledge neither one of the aforementioned officials ever coordinated with mental health staff to determine if it was necessary to restrict such privileges This Exhibits An Additional violation persuant to Chapter 33-404.103 (8) & (A)

I request that V-Dorm wingfix camera on Quard (2) start from Nov. 3. 2011 4. 5. 6. 7. 8. 9 & 10. Be save per P.P.D 602.033 Also save all DC6-229 From date Nov. 3. 4. 5. 6. 7. 8. 9, 10 Be save. per court issued.

**SEE ATTACHED RESPONSE**

Jan 16. 2012 — DATE

Herbert D. York 302769 DC# — SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ________ # ________ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: ________ (Date) Institutional Mailing Log #: 1201-213-119 ________ (Received By)

110
1/24/12
03-104C

DISTRIBUTION:
INSTITUTION/FACILITY: INMATE (2 Copies); INMATE'S FILE; INSTITUTIONAL GRIEVANCE FILE
CENTRAL OFFICE: INMATE; INMATE'S FILE - INSTITUTION/FACILITY; CENTRAL OFFICE INMATE FILE; CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| YORK, HERBERT | B02769 | 1112-213-054 | UNION C.I. | S1109S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The issue of your complaint has been referred to Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling.

As action has been initiated, you may consider your request for administrative remedy approved from that standpoint.

A. Johnson B.V. Reddish

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

12-21-11
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
DEC 28 2011
UCI GRIEVANCE OFFICE

EXHIBIT (K)

**PART B - RESPONSE**

| YORK, HERBERT | B02769 | 1112-213-054 | UNION C.I. | S1109S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The issue of your complaint has been referred to Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling.

As action has been initiated, you may consider your request for administrative remedy approved from that standpoint.

A. Johnson B.V. Reddish

| [signature] | [signature] | 12-21-11 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
DEC 28 2011
UCI GRIEVANCE OFFICE

EXHIBIT (K)

DELIBERATE INDIFFERENT / INFORMAL GRIEVANCE APPEAL.

DELIBERATELY INDIFFERENT / INFORMAL GRIEVANCE APPEAL

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: York Herbert Demond — B02769 — Union Correctional Institution
Last First Middle Initial — Number — Institution

Part A – Inmate Grievance

This grievance is being filed with "Good Faith" & per chapter 33.103. See Facts below +

* On Nov 10, 2011 I've filed a informal grievance (checked box assit warden) explaining a issue I had going on while I was in V-Dorm. In which I never receive a response back their fore I'am takeing the next step per chapter (33.103.) I which I stated +

On 11-3-11 Approx Hrs 7:pm I was pull out my cell V2106 and place on strip while being place on strip I had excessive use of physical froce used on me. Which L.T. Brown stated I would be place on property restriction for (72) Hrs. And I would be off property restriction on 11-6-11 7:00pm. But at 11-6-11 approx 7. I ask the V-Dorm officer can I have my matress & bedroll ect.. That I am aloud to have which they stated "NO"! Please note I was on property restriction / strip for more then (72) prior to said issue I had a back & neck injury because of the use of froce. In which I ask V-Dorm nurses; Sgt's, c/o can I have my property meaning bedroll, mattress, blues etc...... on the day's of 11-7-11, 11-8-11, 11-9-11 & 11-10-11. Which they all refuess me. I was also order to have a pillow by the doctor on 11-4-11 due to a neck injurie which V-Dorm nurses & officer had failure to provid me with proper medical care which they was & had awareness of my neck & back injurie's that I had to be hospitalized for the V-Dorm *nurses* beside* Ms.* B.* Harris*. Negligent me my proper medical treatment and was use the property restriction as a punishments said officer & nurses deliberately indiferent thought they new I had back & neck injuries and didn't properly provided me with the right treatement as need. Please ~~Revie~~ Review V-Dorm wing fix camera Quad (2) approx day's 11-3-11 11-4-11 11-5-11 11-6-11 11-7-11 11-8-11 11-9-11 11-10-11 to show I was without a mattress & had neck & back injuries.

11-21-11 — DATE

Herbert Demond York B02769 — SIGNATURE OF GRIEVANT AND D.C. #

SEE ATTACHED RESPONSE

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 15-DAY EXTENSIONS: Ø / Ø
\# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary *in accordance with Rule 33-103,* Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: ______ (Date) Institutional Mailing Log #: 1112-213-054 ______ (Received By)

DISTRIBUTION:

INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

106
12/2/11
53-1055

DC1-303 (Revised 2/05)

SWORN AFFIDAVIT

STATE OF FLORIDA )
COUNTY OF UNION )

I HEREBY DECLARE: DURING THE AFTERNOON PERIOD OF NOVEMBER 3, 2011, AT 1700 HR. WHILE CONDUCTING SHOWERS (C/O) J. COMBS APPROACHED MY HOUSING CELL # V2106, AND ASKED ME IF I WANTED TO COME OUT AND GET A SHOWER OR SHAVE AND I STATED "NO". (IT SHOULD BE NOTED THAT PRIOR TO THIS INCIDENT I WAS THREATENED BY SECURITY AND NURSE A. COPHER THAT THEY WAS GOING TO TEACH ME A LESSON AND PUT ME ON STRIP SO I COULD FREEZE TO DEATH FOR WRITING NUMEROUS OF GRIEVANCES AGAINST THEM REGARDING INCIDENTS PRIOR TO THIS INCIDENT OF "STAFF ABUSE." RESULTING IN ME BEING IN FEAR OF MY LIFE TO COME OUT OF MY CELL, # V2106, EITHER ON THE *8-4) SHIFT OR (4-12) (AND CAN PROVIDE THE NECESSARY DOCUMENTS / GRIEVANCES AGAINST THE ABOVE NAMED NURSE A. COPHER TO SUBSTANTIATE MY CLAIM OF RETALIATION FOR WRITING GRIEVANCES AND THREATS THAT WERE MADE TO GET ME PUT ON STRIP).

AFTER I STATED "NO" OFFICER J. COMBS INFORMED ME THAT I HAD TO COME OUT AND THAT IT WAS MANDATORY SO I COMPLIED WITH HIS ORDER. AFTER BEING PLACED IN HAND RESTRAINTS AND EXITING MY CELL # V2106, I WAS ESCORTED TO THE SHAVE ROOM. ON THE WAY BACK TO MY HOUSING CELL (C/O) J.D. MOSLEY ENTERED MY CELL AND BEGAN THROWING MY PERSONAL PROPERTY AROUND SO I WAS TOLD TO STAND OUTSIDE MY CELL AND FACE THE WALL TO WHICH I COMPLIED. MINUTES LATER I WAS TOLD TO BE PUT INSIDE THE GROUP ROOM AND AN (C/O) NAME E.R. WILLIAMS, BEGAN TO ESCORT ME TO THE GROUP ROOM. (C/O) E. WILLIAMS PLACED HIS HAND ON MY ARM AND BEGAN TO ESCORT ME. AFTER TAKING A FEW STEPS (C/O) J. COMBS WHO WAS BEHIND ME CALLED OUT TO ME AND (C/O) E. WILLIAMS STOPPED WALKING AND I TURNED MY HEAD TOWARDS OFFICER COMBS WHO CALLED ME AND HE WAS SMILING MISCHIEVOUSLY AND STATED TO ME "THAT MY TIME HAS COME" THEN OFFICER E. WILLIAMS WHO WAS ESCORTING ME CALLED ME AS I TURNED MY HEAD BACK TOWARDS (C/O) WILLIAMS HE STATED TO ME "GRIEVE THIS" AND SLAMMED ME ON THE FLOOR WITH THE SIDE OF MY HEAD HITTING THE GROUND VERY HARD, IMMEDIATELY CAUSING ME TO BLACK OUT.

EXHIBIT (J)

AT NO TIME DID (C/O) WILLIAMS GIVE ME AN ORDER TO WALK OR AT NO TIME DID I RESIST OR EVEN ATTEMPT TO RESIST (C/O) WILLIAMS ORDER. NOR DID I THREATEN OR ATTEMPT TO POSE SOME TYPE OF THREAT TO MYSELF OR (C/O) WILLIAMS. MOMENTS LATER I WAS PICKED UP OFF THE FLOOR AND I WAS IMMEDIATELY ESCORTED TO AND PLACED IN THE HOLDING CAGE ABSENT, THEN AFTER BEING PLACED IN THE HOLDING CAGE (C/O) MOSLEY LIFTED THE WAIST CHAINS OVER MY HEAD WITH MY BACK TO HIM AND PROCEEDED TO WRAP THE CHAINS AROUND MY NECK CHOKING ME TO THE POINT OF ALMOST PASSING OUT AND IMMEDIATELY INJURING MY NECK.

ALL OF THIS OCCURRED IN APPROXIMATELY (4)-(6) SECONDS. IMMEDIATELY AFTER, THE HAND HELD VIDEO CAMERA WAS PLACED ON ME IN THE HOLDING CAGE. THE PAIN FROM THE INJURY IN MY NECK THAT HAPPENED IN THE (HOLDING CAGE) IMMEDIATELY INCAPACITATED ME WITH SUCH UNBEARABLE PAIN TO THE POINT WHERE I COULDN'T WALK, THE OFFICER SUPPORTING MY WEIGHT, AND ME YELLING IN AGONY AND PAIN WITH EACH STEP. I WAS THEN ESCORTED DIRECTLY TO THE MEDICAL TREATMENT ROOM, ASSESSED BY NURSE B. HARRIS AND R. SAY. I THEN TOLD MS. HARRIS AND R. SAY THAT MY NECK AND BACK HURTS WHICH NURSE SAY STATED "YOU WILL BE ALRIGHT. YOUR JUST TRYING TO FILE A LAW SUIT!" THEN SHE SMILED 'MISCHEIVIOUSLY.' I THEN TOLD NURSE HARRIS I CAN'T WALK MY LOWER BACK AND NECK IS HURTING BAD. WHICH NURSE HARRIS STATED "THE DOCTOR TOLD HER TO PUT ME ON A NECK BRACE AND SEND YOU BACK TO YOUR CELL TILL TOMORROW." AT THAT TIME NURSE HARRIS THEN PUT A NECK BRACE ON ME, AND TOLD LT. M. BROWN, SHE DONE WITH ME. (C/O) J. COMBS; CLT. M. BROWN AND A "UNKNOWN" (C/O) THEN ESCORTED ME DIRECTLY BACK TO MY HOUSING CELL #V2106 DESPITE MY PLEAS AND THE OBVIOUS STATE OF PAIN AND AGONY I WAS IN [PLEASE NOTE] THE HANDHELD VIDEO FOOTAGE WILL SUPPORT THE OBVIOUS STATE OF PAIN THAT I WAS IN, CLEARLY INDICATING A MORE SERIOUS INJURY NEEDING MORE IMMEDIATE MEDICAL ATTENTION THEN WAS GAVE.

UPON RETURNING BACK TO MY CELL IT WAS EMPTY WITHOUT EVEN A MATTRESS. I WAS TOLD I WAS ON PROPERTY RESTRICTION. I SUMMARY, I WAS SUBJECTED TO A USE OF 'MALICIOUS' AND "SADISTIC" "PHYSICAL" "FORCE" THAT WAS WITHOUT NEED OR PROVOCATION AND FOR THE VERY PURPOSE OF CAUSING ME HARM, INJURY AND PAIN FOR EXERCISING MY RIGHTS THAT ARE

PROTECTED BY THE U.S. CONSTITUTION TO FILE GRIEVANCES. I WAS PLACED ON STRIP FOR FILING GRIEVANCES ON NURSE COPHER (SEE INMATE GRIEVANCE FILE). ON THE FOLLOWING DAY OF 11/4/11, I TRIED TO TELL NURSE HOGAN THAT MY NECK AND BACK HURT. I NEED TO SEE SOMEONE. SHE THEN STATED, "YOUR BE SEEN" THEN WALKED AWAY.

I WAS LEFT WITHOUT HELP FOR ABOUT 5 TO 6 HOURS I WAS THEN TOLD GET READY I WAS GOING TO U.C.A. TO BE SEEN BY THE DOCTOR. THERE I WAS THEN GIVEN X-RAYS AND SENT TO JACKSONVILLE HOSPITAL FOR A CAT-SCAN. ON THE WAY BACK FROM JACKSONVILLE, (C/O) E. WILLIAM'S WHO WAS DRIVING THE VAN PULLED UP AT THE OUTSIDE GATE OF UNION CORRECTIONAL INSTITUTION THEN GOT OUT OF THE VAN AND OPENED THE DOOR WHERE I WAS AT AND BEGAN JUMPING ON ME. AT NO TIME WAS THIS DOCUMENTED NOR AT NO TIME WAS I OR POSED A THREAT TO (C/O) E. WILLIAMS. I WAS THEN TAKEN BACK TO U.C.A. AND TAKEN BACK TO V-DORM MY HOUSED CELL, V2106, WHICH WAS STILL EMPTY AND I HAD TO BE FORCED TO LAY ON A CONCRETE SLAB FOR 7½ DAYS 11-3-11; 11-4-11; 11-5-11; 11-6-11; 11-7-11; 11-8-11; 11-9-11; 11-10-11; WHICH I WAS ONLY SUPPOSED TO BEEN ON 72 HRS. PROPERTY REC. WHICH WAS DAY'S 11-3-11; 11-4-11; 11-5-11; 11-6-11. I THEN STARTED ASKING ALL OFFICER/SGT'S. ON ALL THREE SHIFTS CAN I GET MY PROPERTY WHICH ALL OFFICIAL AVOID MY QUESTION AND STATED "**NO**."

I THEN TRIED TO SPEAK WITH THE INSTITUTION (WARDEN) MR. B. V. REDDISH AND (LT.) T. ROBINSON ABOUT MY SAID ISSUE ABOUT ME GETTING MY PROPERTY BACK DUE TO I HAD BEEN OFF STRIP SINCE 11-6-11 WHICH THEY JUST KEPT WALKING OFF. [PLEASE NOTE]. I CAN'T GET NO AFFIDAVIT BUT THIS INCIDENT WAS WITNESSED BY INMATE MARK LANG, #H187283; INMATE GARY HAYWARD, #193086; INMATE SAMUEL HILKINS, #U14165; AND INMATE J. WYNN #11744

I WAS PLACED ON STRIP FOR WRITING UP SEVERAL GRIEVANCES INCLUDING GRIEVANCE LOG # 1107-213-068 1116-213-241. INFORMAL GRIEVANCES # 10-11-035, 10-11-081, 09-11-618, 09-11-608. PLEASE SEE INMATE INFORMAL GRIEVANCE AND GRIEVANCE FILE RECORD. IT WILL SHOW ALL GRIEVANCES I HAVE WRITTEN ON V-DORM OFFICERS; NURSE COPHER; SGT. CARRASQUILLO; (C/O) J. BOSTIC ETC. I CAN'T QUOTE ALL GRIEVANCES DUE TO THE FACT (C/O) J. COMBS AND (C/O) J.D. MOSLEY HAD THROWED AWAY SOME OF MY PERSONAL PROPERTY ON 11-3-11. NOTE, I HAD

ASKED NURSES J. HODGES, A. COPHER, V. SMITH, R. SAY FOR MEDICAL TREATMENT WHICH THEY ALL DENIED ME. NURSE A. COPHER DIDN'T GIVE ME MY MEDICATION ON 11/5/11 FOR MY NECK AND BACK. NURSE HODGES DENIED ME MY MEDICAL TREATMENT ON 11-4-11 WHEN I TOLD HER I WAS HAVING PAIN IN MY NECK AND LOWER BACK. SHE JUST WALKED AWAY FROM MY CELL DOOR. I ALSO TOLD NURSE MS. V. SMITH ABOUT MY INJURIES ON 11-4-11 WHEN I CAME BACK FROM THE HOSPITAL. SHE DIDN'T DO ANYTHING. I'VE ALSO TRIED TO TELL NURSE R. SAY ABOUT MY NECK AND LOWER BACK INJURIES ON 11-3-11 WHEN SHE DID HER ROUTINE ROUNDS. SHE JUST SMILED AND KEPT WALKING AND DENIED ME MEDICAL TREATMENT. I'VE ALSO TRIED TO SPEAK WITH SEVERAL OFFICIALS ABOUT ME GETTING MY PROPERTY BACK INCLUDING (SGT.) CARRASQUILLO, (SGT) E. JACKSON; (C/O) J. BOSTIC; (C/O) J. COMBS; (LT.) T. ROBINSON; (WARDEN) B. V. REDDISH WHICH THEY ALL DENIED ME AND I HAD TO SUFFER LAYING ON A CONCRETE SLAB IN ONLY BOXERS AND NO MATTRESS FOR 7½ DAYS.

I PLAINTIFF DIDN'T GO TO MEDICAL FOR ANYMORE TREATMENT FOR SAID INJURIES BECAUSE I WAS PLACED ON TYLENOL AND STILL IS ON IT TWO TIMES A DAY. NO DOCTOR NEVER ORDERED ME TO GO TO THE HOSPITAL ON NOV. 3, 2011. INSTEAD I WAS FORCED TO STAY IN V-DORM CELL # V2106 WITH A NECK BRACE ON MY NECK. I WAS ON PROPERTY RESTRICTION ON NOV. 3, 2011; NOV. 4, 5, 6, 7, 8, 9, AND 10. PLAINTIFF HAS WROTE GRIEVANCES ON NURSE COPHER AND SEE EXHIBITS (A), (B), (C), (D), (E).

I PLAINTIFF HAD WROTE SERVERAL OTHER GRIEVANCE ABOUT ME BEING ON STRIP AND I ALSO TRIED TO APPEAL MY D.R. THAT WAS WROTE BY WILLIAMS AND J. MOSLEY BUT I COULDN'T GET A RESPONSE BACK. SEE WITNESS STATEMENT EXHIBIT (F) AND (G).

AT NO POINT OF TIME DID I/PLAINTIFF THREATEN DEFENDANT E. WILLIAMS OR NOR DID I POSE A THREAT TO MYSELF OR OFFICERS NOR WAS I OUT OF CONTROL DURING THE USE OF FORCE. I NEVER POSED A THREAT TO ANY DEFENDANT'S, MYSELF, OR OTHER PEOPLE. I NEVER TRIED TO RESIST, OR DISRESPECT NO DEFENDANTS.

/s/ Herbert D York B02769

HERBERT D. YORK # B02769
UNION CORRECTIONAL INSTITUTION
7819 N.W. 228TH STREET
RAIFORD, FLORIDA. 32026

NOTARY CERTIFICATE

STATE OF FLORIDA

SS

COUNTY OF Union

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONAL APPEARED, York, Herbert, WHO, UPON PRESENTATION OF A VALID FLORIDA IDENTIFICATION CARD, # B0 2769 Inmate state, I.D. AND AFTER BEING DULY SWORN BY ME, DID ACKNOWLEDGE THAT HE AUTHORIZED THE FOREGOING AND CAUSED SAME TO BE EXECUTED FOR THE PURPOSE EXPRESSED THEREIN.

WITNESS MY HAND AND OFFICIAL SEAL THIS 23 DAY OF MAY, 20 12.

/S/ Herbert York

HERBERT D. YORK, DC# B02769
UNION CORRECTIONAL INSTITUTION
7819 N.W. 228TH STREET
RAIFORD, FLORIDA. 32026

NOTARY PUBLIC
MARCOS IVEY
MY COMMISSION # EE 157034
EXPIRES: January 3, 2016

MY COMMISSION EXPIRES:
January 3, 2016

/S/ [signature]

NOTARY PUBLIC -- STATE OF FLORIDA