IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Herbert D. York DC#B02769
PLAINTIFF
V
Robert Metz, et. Al;  /    Case No#: 3:12-CV-630-J-99MMH
DEFENDANTS

"Motion to direct the Florida department of corrections (D.O.C)
To produce the First name of defendant J.Combs and the
location of defendants J.Mosley and E.Williams (IN CAMERA)
For service of process purposes."

Comes now Plaintiff Herbert York, pro se hereby moves this
honorable court for order directing the (D.O.C) to provide defendant
J.combs first name and defendants J.Mosley and Eric
Williams whereabouts, so that service of process can be
effectuated. Plaintiff would show this court that good cause
exists for the granting of this motion with facts in support
therefore, Plaintiff states the following facts:

1#) On or around 10,22,12 Plaintiff filed his 42.U.S.C.A §1983
complaint, in this honorable court naming defendants
J.Combs, E.Williams, J.Mosley, E.Jackson, M.Brown, R.Metz,
B.Whitehead, B.Reddish as defendants.

2#) According to court document S.Smith at union
Correctional Institution was specially appointed to serve
process upon defendants.

3#) According to court document service of process has yet
to be effectuated upon defendants J.combs, J.Mosley, E.Williams,
because plaintiff failed to provide the first name of defendant
J.Combs, and because defendants J.Mosley and E.Williams
no longer work at Union Correctional Institution.

(1)

4#) Plaintiff has no knowledge of defendant J. Combs first name, nor do I know the defendants J. Mosley and Eric Williams last home or work address.

5#). Defendants Joshua Mosley and Eric Williams and J. Combs are current or former employees of (D.O.C.), as such their first names and last known or current home mailing addresses is confidential and exempt from release to prisoners under chapter 119.07 (3)(i)(1) and 945.10 FLA stat. (2010)

6#) The D.O.C does maintain a record of current of former employees first names, last known or current home and/or employment addresses.

7#) Without the first name of defendant J. Combs and last known home or/and work addresses of the unserved defendants Joshua Mosley and Eric Williams, Plaintiff cannot provide the names and location to the clerk of court for service of process.

8#) Without service of process on the unserved defendants the Plaintiffs suit will be dismissed, and Plaintiff will be unable to seek compensation from defendants for the violation of Plaintiff constitutional Rights.

9#) The D.O.C. can provide the first name and current or last known home and/or work addresses of defendants J. Combs, Joshua Mosley, Eric Williams in camera, for service of process; and still maintain the confidentiality of the addresses

(2)

10#). It will be in the best interest of Justice to enable the plaintiff to locate the whereabouts of defendants Joshua Mosley and Eric Williams for service of process, by granting this motion.

WHEREFORE, based upon the above reasons, the Plaintiff moves this honorable court for an order directing the (D.O.C) to provide Defendants J. Combs, Eric Williams, Joshua Mosley first name, and/or their last known home and work addresses to the court in camera. Plaintiff prays for this relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: U.S. District Courthouse 300 N. Hogan Street Suite 9-150 Jacksonville, Florida 32202 and Susan A. Maher Chief Assistant Attorney General Corrections litigation office of the Attorney General The capitol Suite PL-01 Tallahassee, Florida 32399 on 3/20/13/

/S/ Herbert D. York 302769
Union Correctional Inst
7819 N.W. 228th Street
Raiford, Florida 32026

(3)