UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HERBERT DEMOND YORK,

    Plaintiff,

v.                                Case No. 3:12-cv-630-J-99MMH-JBT

ROBERT METZ, et al.,

    Defendants.

_____

**ORDER**

1. Plaintiff's March 22, 2013, Motion to Direct Florida Department of Corrections (DOC) to Produce the First Name of Defendant J. Combs and the Location of Defendants J. Mosley and E. Williams (In Camera) for Service of Process Purposes (Doc. #33) is **GRANTED.** See Defendants' Response (Doc. #35).

2. The Florida Department of Corrections, Office of the General Counsel, **on or before May 3, 2013**, shall provide the Court with the first name of Defendant J. Combs and the locations of Defendants J. Mosley and E. Williams *in camera*.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of April, 2013.

_____
JOEL B. TOOMEY
United States Magistrate Judge

```
sa 4/3
c:
Herbert Demond York
Ass't A.G. (Braun)
FDOC, Office of the General Counsel
```