UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Herbert Demond York # B02769
    Plaintiff,

Case No.: 3:12-cv-00630-UAMH-JBT

v.

Robert Metz, et. al.,/
    Defendants.

"Plaintiff Motion for an Order to be Issue to the Attorney General Office to provide the Court with the unserved Defendant personal address and correct full name (in camera) so that process of service can be executed by the Court".

COMES NOW, Plaintiff, [Herbert D. York] pro se, by and through himself in proper person, pursuant to the above Motion herein Plaintiff will show into the Court the following:

1). On 10/22/13, Plaintiff had filed his Amendment Complaint in which he stated the wrong first name of Defendant J. Combs.

2). ON 2/27/13 this Honorable Court sent Plaintiff a Order that Plaintiff must provide the Court with the correct name of Defendant J. Mosley, and E. R. Williams.

3). Plaintiff does not know the correct name of J. Combs nor does Plaintiff know the correct and current location of Defendants J. Mosley and E. Williams. In which the only way said information can be contain if this Motion was granted.

4). Plaintiff requesting for an Order to be issued to the Attorney General's Office and/or the Inspector General Office, to provide the Court with Defendants' J. Combs J. Mosley and E. Williams' personal address "In Camera", as well as Defendant J. Combs' full name be provided to the Court and to the Plaintiff, so process of service can be executed by the Clerk of the Court pursuant to Fed.R.Civ.P., Rule (4)(c).

5). Plaintiff contends by the Court granting this Motion will serve the interest of justice and will not prejudice any party in this action.

6). Plaintiff contends that it will not burden the Defendants in this action to allow Plaintiff to fully review all incident reports, as well as witness reports and Plaintiff makes this Motion out in good faith.

## CONCLUSION

Plaintiff requests that this Honorable Court grant this Motion at hand and any other relief the Court deems just and applicable.

Respectfully submitted,

*Herbert D York B02764*

Herbert Demond York, # B02764
Union Correctional Institution
7819 N. W. 228th Street
Raiford, Florida 32026

## NOTARY

STATE OF FLORIDA
COUNTY OF Union Correctional Institution
7819 N. W. 228th Street
Raiford, Florida 32026

BEFORE ME, the undersigned authority, personally appeared Herbert Demond York, who, upon presentation of a Florida Department of Corrections Photo ID. # B02764 and after being duly sworn, by me, did acknowledge that he authorized the foregoing and correct / cause same to be executed for the purpose expressed therein.

Witness my hand and Official Seal this 23 day of April, 2013.

/s/ Patricia B. Snow
NOTARY PUBLIC – STATE OF FLORIDA

PATRICIA B. SNOW
MY COMMISSION # EE 873687
EXPIRES: February 11, 2017
Bonded Thru Budget Notary Services

My Commission Expires: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing document has been furnished by U. S. Mail, to: United States District Courthouse, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202, and to Susan A. Maher, Chief Assistant Attorney General, Corrections Litigation Office of the Attorney General, the Capitol, PL-01, Tallahassee, Florida 32399-1050 on this 23 day of April, 2013.

Herbert Demond York, # B02764
Union Correctional Institution
7819 N. W. 228th Street
Raiford, Florida 32026

3