UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HERBERT DEMOND YORK,

    Plaintiff,

v.                                Case No. 3:12-cv-630-J-99MMH-JBT

ROBERT METZ, et al.,

    Defendants.

_____

### ORDER

Plaintiff's April 25, 2013, Motion for an Order to be Issue[d] to the Attorney General['s] Office to Provide the Court with the Unserved Defendant Personal Address and Correct Full Name (in camera) (Doc. #45) is **GRANTED** to the extent that the Florida Department of Corrections, Office of the General Counsel, **on or before May 20, 2013**, shall provide the Court with the location of **Defendant J. Combs *in camera*,** if he is a former employee of the Florida Department of Corrections, and if he is a current employee of the Florida Department of Corrections, the information shall be

provided on the public docket.[1]  In all other respects, the motion is **DENIED AS MOOT.**  See Defendants' Response (Doc. #47).

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of May, 2013.

/s/ Joel B. Toomey
JOEL B. TOOMEY
United States Magistrate Judge

sa 5/6
c:
Herbert Demond York
Ass't A.G. (Braun)
Ass't A.G. (Maher)

---

[1] If J. Combs is a current employee of the Florida Department of Corrections, the Florida Department of Corrections shall provide his current institution and provide some explanation as to why his first name should not be placed on the public docket, if that is the request of the Florida Department of Corrections.

- 2 -