MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


RECEIVED
UNION CORRECTIONAL INSTITUTION
MAY 9 2013
BY _____ FOR MAILING

Herbert Demond York #BC2769
  Plaintiff

CASE NO: 3:12-CV-630-J-99MMH-JBT

V.

J.D. Mosley et. al.,
  Defendants

FILED 2013 MAY 13 PM ... CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FL

"MOTION TO COMPEL STATIONARY VIDEO RECORDINGS THAT WITNESSED PLAINTIFF BEING SUBJECTED TO EXCESSIVE FORCE"

1.) Pursuant to the applicable laws/color of laws. Fed. R. Civ. Proc. 56(F) & 37(A) Brandy v. Maryland 373 US 83 & Farmer v. Brenan, 81 F.3d 1444, Plaintiff states as follows:

2.) This motion is made in good faith & Plaintiff has made attempts to confer with Defendants to disclose the stationary video recording cameras witnessing said excessive force, to no avail - where, Defendants continue to with-hold said favorable evidence needed for supporting Plaintiff motion opposing Defendants motion for Dismissal/Summary Judgement; which is also necessary for trial.

3.) The Denial of this motion will deprive Plaintiff of said favorable evidence, which will contravene law & justice set forth by court rules & binding precedents.

4.) Wherefore, Plaintiff respectfully requests this honorable court to grant this motion to compel said favorable evidence and further relief.

UNDER OATH: Pursuant to 92.525, Florida Statute, and 28 U.S.C § 1746. I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.

SIGN: Herbert D York BC2769    DATE: 5/9/2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing document has been furnished by U. S. Mail, to: United States District Courthouse, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202, and to Susan A. Maher, Chief Assistant Attorney General, Corrections Litigation Office of the Attorney General, the Capitol, PL-01, Tallahassee, Florida 32399-1050 on this 9 day of ~~April,~~ May 2013.

Herbert D. York #B02769
Herbert Demond York, # B02769
Union Correctional Institution
7819 N. W. 228th Street
Raiford, Florida 32026

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Herbert D. York. # B02769
Plaintiff,
v.                                          Case No.: 3:12-cv-630-J-99MMH-JBT
Robert Metz, et. al.,
Defendant(s).

"Plaintiff's First Request for Production of Documents"

pursuant to rule (34) of the Fed.R.Civ.Pro., Plaintiff request that Defendant [Berry Whitehead] to produce for inspection and copying the following documents.

1). Attach all DC6-229 forms from date November 3rd, 2011 through November 10th, 2011.

2). Attach all wing fixed cameras in quad (2) of V-Dorm from November 3rd, through November 10th, 2011.

3). Attach all memo that was filed on November 3rd, 2011 dealing with Plaintiff.

4). Attach any and all memo that was filed on Plaintiff around or on the time of the November 3rd, 2011 incident.

5). Attach all mental health reports that was filed on November 3rd, 2011 through November 10th, 2011 dealing with Plaintiff.

Date 5 / 9 /2013                            /S/ Herbert Desmond York # B02769
                                            Herbert York, # B02769
                                            Union Correctional Institution
                                            7819 N. W. 228th Street
                                            Raiford, Florida 32026

These documents (shall) be signed and served on Plaintiff within (30) days of service of these production of documents

## NOTARY

STATE OF FLORIDA
COUNTY OF UNION

BEFORE ME, the undersigned authority, personally appeared Herbert Demond York, who, upon presentation of a Florida Department of Corrections Photo ID. # B02769 and after being duly sworn, by me, did acknowledge *that he* authorized the foregoing and correct / cause same to be executed for the purpose expressed therein.

Witness my hand and official Seal this 9th day of May, 2013.

/s/ Patricia B Snow
NOTARY PUBLIC – STATE OF FLORIDA

PATRICIA B. SNOW
MY COMMISSION # EE 873687
EXPIRES: February 11, 2017
Bonded Thru Budget Notary Services

My Commission Expires: _____

S/Herbert D York B02769
Herbert York, # B02769
Union Correctional Institution
7819 N. W. 228th Street
Raiford, Florida 32026

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by U.S. Mail to: United States District Courthouse, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida, and to Susan A. Maher, Chief Assistant Attorney General, Corrections Litigation Office of the Attorney General, the Capitol, PL-01, Tallahassee, Florida 32399 and to: Ms. Jamie M. Braun of the Attorney General's Office, the Capitol, PL-01, Tallahassee, Florida 32399 on this 9 day of May, 2013.

S/Herbert D. York #B02769
Herbert York, # B02769
Union Correctional Institution
7819 N. W. 228th Street
Raiford, Florida 32026