UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**HERBERT DEMOND YORK, #B02769,**

    Plaintiff,

v().                                        Case No. 3:12-cv-630-J-99MMH-JBT

**ROBERT METZ, et al.,**

    Defendants.
_____/

**DEFENDANTS BROWN, JACKSON WHITEHEAD, REDDISH AND METZ'S
RESPONSE TO PLAINTIFF'S MOTION TO COMPEL
STATIONARY VIDEO RECORDING THAT WITNESSED PLAINTIFF BEING
SUBJECTED TO EXCESSIVE FORCE**

Defendants Brown, Jackson, Whitehead, Reddish and Metz ("Defendants"), through undersigned counsel, respond to Plaintiff's "Motion to Compel Stationary Video Recording That Witnessed Plaintiff Being Subjected to Excessive Force" (Doc. 50) and request that the Motion be denied as moot. In support, Defendants state the following:

Plaintiff asks this Court to compel the stationary video recordings he has requested through discovery. Plaintiff has conferred with undersigned counsel on this issue via letter filed shortly before he filed the Motion to Compel. Defendants have agreed to produce the requested video recordings to the Plaintiff, as well as other documents Plaintiff has requested to review. There was a delay between responding to Plaintiff's discovery request and actually obtaining all of the requested documents from the Department of Corrections. In addition, undersigned counsel was out of town during the middle of last week for depositions and could not get everything ready to be produced to the Plaintiff prior to the holiday weekend. Undersigned counsel will send the videos and documents to Plaintiff's institution tomorrow and will get a

callout scheduled for him as soon as possible. Undersigned counsel sent all of the documents and videos to be produced to Plaintiff's institution and had a callout scheduled for him to review everything on June 5, 2013. However, undersigned counsel was informed that Plaintiff just came off of SHOS (Self-Harm Observation Status), is currently on property restriction, and cannot attend his callout. As soon as Plaintiff is in a status where he is able to have his production callout, it will be completed.

Defendants also note that the Request for Production attached to the Motion to Compel was not served until May 9, 2013, and has not been responded to yet. (Doc. 50 at 3-5) Pursuant to the Rules of Civil Procedure, undersigned counsel will respond within 33 days from the service date.

Therefore, as the videos requested will be produced to the Plaintiff, and the parties are otherwise engaging in discovery without issue, Defendants request that the Motion to Compel be denied as moot.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**
s/Jamie M. Braun
Jamie M. Braun
Assistant Attorney General
Florida Bar No. 0058871
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
jamie.braun@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to: Herbert D. York, DC# B02769, Union Correctional Institution, 7819 N.W. 228th Street, Raiford, Florida, 32026-4000, on this 6th day of June, 2013.

                                               s/Jamie M. Braun
                                               Jamie M. Braun