```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

HERBERT DEMOND YORK,

        Plaintiff,

v.                                    Case No. 3:12-cv-630-J-39JBT

ROBERT METZ, et al.,

        Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 10, 2014, Plaintiff filed a Motion to Voluntarily Dismiss and Withdraw This Case Without Prejudice (Motion to Dismiss) (Doc. 80). On February 13, 2014, Defendants filed a Motion for Sanctions (Doc. 81), seeking costs and attorney's fees incurred as a result of Defendants' unsuccessful attempts to depose Plaintiff on January 6, and February 10, 2014. Additionally, Defendants ask that if Plaintiff seeks to refile this case, he be required to pay these costs before proceeding with the filing of the action.

In his Motion to Dismiss, Plaintiff states that he has no job, he has moved out of state, and he is unable to prosecute this action. He asks that the case be dismissed without prejudice. Defendants, in their Motion for Sanctions, seek to be paid the $916.25 incurred in this case.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion to Voluntarily Dismiss and Withdraw This Case Without Prejudice (Doc. 80) is **GRANTED.** This case is **DISMISSED without prejudice.**

2. The Clerk of the Court shall enter judgment accordingly and close this case.

3. Defendants' Motion for Sanctions (Doc. 81) is **DENIED,** however, if Plaintiff files a new case including the same claim(s) against the same Defendants, Defendants may seek all or part of the costs of this action. Rule 41(d)(1), Fed. R. Civ. P. In addition, Defendants may seek a stay of the new proceeding until Plaintiff has complied. Rule 41(d)(2), Fed. R. Civ. P.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of March, 2014.

_____
BRIAN J. DAVIS
United States District Judge

sa 3/5
c:
Herbert Demond York
Ass't A.G. (Braun)